UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
USA,                                                              :
                                                                  :
            -v-                                                   :    23-CR-576 (LJL)
                                                                  :
MIGUEL DIAZ,                                                      :    SCHEDULING ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a status conference to address defendant's letter request to proceed pro se at Dkt. No. 18 on Wednesday, February 7, 2024, at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

      SO ORDERED.

Dated: February 2, 2024
       New York, New York

                                        LEWIS J. LIMAN
                                  United States District Judge