```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
        -v-                                                          :
                                                                     :    23-cr-576 (LJL)
MIGUEL DIAZ,                                                         :
                                                                     :         ORDER
                                Defendant.                           :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/09/2024

LEWIS J. LIMAN, United States District Judge:

A *Faretta* hearing in this case is scheduled for February 12, 2024 at 1:00PM in Courtroom 15C of the 500 Pearl Street Courthouse. In advance of the hearing, the Government is directed to submit to the Court by the end of the day on February 9, 2024, a proposed script for the hearing.

SO ORDERED.

Dated: February 9, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge