UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                         :

UNITED STATES OF AMERICA,          :

                                        :

        -v-                           :

                                        :         23-cr-576 (LJL)

MIGUEL DIAZ,                    :

                                        :           ORDER

                        Defendant.       :

                                        :

------------------------------------------------------------------X

**LEWIS J. LIMAN, United States District Judge:**

       The Government is directed to respond no later than March 25, 2024, to Defendant's *pro se* motions at Dkt. Nos. 28 and 29, and as referred to in his letter at Dkt. No. 30.

       With respect to the request to relieve Mr. De Castro as standby counsel, Defendant is reminded: "A defendant's Sixth Amendment rights are not violated when a trial judge appoints standby counsel—even over the defendant's objection—to relieve the judge of the need to explain and enforce basic rules of courtroom protocol or to assist the defendant in overcoming routine obstacles that stand in the way of the defendant's achievement of his own clearly indicated goals." *McKaskle v. Wiggins*, 465 U.S. 168, 184 (1984).  Although the duty of counsel appointed under the Criminal Justice Act is solely to the defendant, counsel is also performing a service to the Court and to the administration of justice.  The Court will take up Defendant's application with respect to Mr. De Castro as well as the remainder of the motions at the hearing on April 4, 2024.  The Court also notes that the deadline for pretrial motions has expired.

       SO ORDERED.

Dated: March 14, 2024
      New York, New York                      LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/14/2024