```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
        -v-                                                        :
                                                                   :         23-cr-576 (LJL)
                                                                   :
MIGUEL DIAZ,                                                       :
                                                                   :            ORDER
                                                                   :
                                        Defendant.                 :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/21/2024

LEWIS J. LIMAN, United States District Judge:

Defendant's "Emergency Notice" at Docket Number 37 is dated March 12, 2024.

Defendant's "Notice of Motion to Compel" at Docket Number 38 is dated March 11, 2024.

Defendant's "Motion to Compel" at Docket Number 39 is dated March 13, 2024. The deadline for pretrial motions was March 1, 2024. *See* Feb. 12, 2024 Minute Entry. The Court accordingly will treat the submissions as reply briefs only and will address them at the hearing on April 4, 2024.

The Clerk of Court is respectfully directed to close Dkt. Nos. 39, 40.

SO ORDERED.

Dated: March 21, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge