UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                   :

UNITED STATES OF AMERICA,           :
                                   :

      -v-                             :

                                   :               23-cr-576 (LJL)

MIGUEL DIAZ,                     :

                                   :                 ORDER

                   Defendant.        :

                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court has received two Rule 17 subpoena requests, which were submitted *ex parte*, from Defendant.  Defendant is hereby ORDERED to show why the Court should issue these subpoenas on an *ex parte* basis, given that Defendant suggested they would, with the assistance of standby counsel, request these very subpoenas at the April 25, 2024 conference.  *See United States v. Skelos*, 2018 WL 2254538, at *8 (S.D.N.Y. May 17, 2018) ("[U]nless a party has a compelling reason for proceeding *ex parte* with a subpoena request, that party shall give notice of any subpoena request to all other parties."), *aff'd*, 988 F.3d 645 (2d Cir. 2021).

       SO ORDERED.

Dated: May 6, 2024
       New York, New York                            _____
                                          LEWIS J. LIMAN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/06/2024