```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA, :
 :
    -v- :
 : 23-cr-576 (LJL)
MIGUEL DIAZ, :
 : ORDER
                    Defendant. :
 :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   The application for the Rule 17 subpoena is GRANTED. The signed subpoena will be provided to Defendant for him to serve.

   The Clerk of Court is respectfully directed to close Dkt. No. 68.

   SO ORDERED.

Dated: May 14, 2024
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge