UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MIGUEL DIAZ,
    a/k/a "Butter,"

            Defendant.

**Order**

23 Cr. 576 (LJL)

LEWIS J. LIMAN, United States District Judge:

    On June 10, 2024, the Court directed the Government and the defendant's standby counsel to propose the process the Court should adopt in order to evaluate the defendant's competency, and to propose the appointment of a licensed or certified psychiatrist or psychologist to conduct an examination of the defendant. Upon consideration of the Government and standby counsel's proposal, including the request to appoint Sasha Bardey, M.D. and Miranda Rosenberg, Psy.D.,

    IT IS HEREBY ORDERED THAT:

    1. Sasha Bardey, M.D. and Miranda Rosenberg, Psy.D. are hereby appointed by the Court to conduct a psychological examination of the defendant pursuant to 18 U.S.C. § 4241(b).

    2. Sasha Bardey, M.D. and Miranda Rosenberg, Psy.D. shall examine the defendant beginning the week of June 17, 2024, and continue the examination of the defendant thereafter as needed.

    3. Sasha Bardey, M.D. and Miranda Rosenberg, Psy.D. shall be permitted entry to the Metropolitan Detention Center ("MDC"), located at 80 29th Street, Brooklyn, New York 11232, to conduct psychological examinations of the defendant Miguel Diaz (Fed. Reg. No. 83596-510).

The MDC shall provide Sasha Bardey, M.D. and Miranda Rosenberg, Psy.D. with reasonable access to perform necessary interviews and evaluations of the defendant. Sasha Bardey, M.D. and Miranda Rosenberg, Psy.D. shall be permitted to bring necessary and reasonable equipment, which will be subject to whatever security measures the MDC deems appropriate.

4. Within 14 days of completing the examinations, Sasha Bardey, M.D. and Miranda Rosenberg, Psy.D. shall submit to the Court and disclose to the parties, pursuant to the provisions of 18 U.S.C. §§ 4247(b) and (c), a report detailing the findings.

5. A status conference shall be scheduled to take place promptly after the written evaluation report is submitted to the Court and provided to the parties.

SO ORDERED.

Dated: New York, New York
June 17, 2024

THE HONORABLE LEWIS J. LIMAN
United States District Judge