```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
        -v-                                                    :
                                                               :    23-cr-576 (LJL)
MIGUEL DIAZ,                                                   :
                                                               :        ORDER
                        Defendant.                             :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/02/2024

LEWIS J. LIMAN, United States District Judge:

At the request of Defendant, who is proceeding *pro se*, the Court has ordered a competency evaluation of Defendant. *See* Dkt. No. 78; June 10, 2024 Minute Entry; Dkt. No. 84. The Court is in receipt of a letter from Defendant dated June 22, 2024, *see* Dkt. No. 97, and will reserve judgment on any motions contained therein until the competency evaluation has occurred and Defendant's competency to stand trial is determined.

SO ORDERED.

Dated: July 2, 2024
       New York, New York
                                                      _____
                                                              LEWIS J. LIMAN
                                                        United States District Judge