UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
-v-                                                                :     23-CR-576 (LJL)
:
MIGUEL DIAZ,                                                       :     SCHEDULING
:         ORDER
Defendant.                                                         :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The Court will hold a hearing on October 1, 2024 at 11:00AM in Courtroom 15C to discuss any further proceedings with respect to defendant Diaz's challenges to his competency and to determine whether counsel should be appointed for Mr. Diaz for the purposes of a competency hearing. See United States v. Purnett, 910 F.2d 51 (2d Cir. 1990). Mr. Cesar de Castro shall inform the Court prior to the hearing whether he is prepared to accept the appointment.

     SO ORDERED.

Dated: September 16, 2024
       New York, New York

                                                              LEWIS J. LIMAN
                                                United States District Judge