UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

                                                                  :

UNITED STATES OF AMERICA,                                         :

                                                                  :

        -v-                                                       :

                                                                  :            23-cr-576 (LJL)

MIGUEL DIAZ,                                                      :

                                                                  :               ORDER

                                     Defendant.                   :

                                                                  :

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  01/29/2025

LEWIS J. LIMAN, United States District Judge:

The Court has received a communication from Defendant Miguel Diaz with respect to sentencing.  Unless otherwise ordered by the court, a defendant represented by counsel in a pending criminal case may not file or submit any pro se letter, motion or brief.  S.D.N.Y. Local Criminal Rule 49.2.  The submission does not concern the adequacy of counsel's representation. Pursuant to Local Criminal Rule 49.2, the Court will forward a copy of the document to defendant's attorney of record and file it under seal and ex parte.

        SO ORDERED.

Dated:  January 29, 2025
        New York, New York                          _____
                                                         LEWIS J. LIMAN
                                                     United States District Judge