UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-  23-CR-576 (LJL)

MIGUEL DIAZ,  ORDER

Defendant.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Sentencing hearing previously set for February 21, 2025 is rescheduled to March 27, 2025 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The defense may apply for a further adjournment if necessary after they have spoken to the defendant and have gathered more information in support of the adjournment.

SO ORDERED.

Dated: February 6, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge