UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                     23-CR-576 (LJL)

MIGUEL DIAZ,                                           ORDER

                     Defendant.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court has received multiple communications from Defendant Miguel Diaz with respect to sentencing. Unless otherwise ordered by the Court, a defendant represented by counsel in a pending criminal case may not file or submit any pro se letter, motion or brief. S.D.N.Y. Local Criminal Rule 49.2. The submission does not concern the adequacy of counsel's representation. Pursuant to Local Criminal Rule 49.2, the Court will forward a copy of the documents to defendant's attorney of record and file it under seal and ex parte.

       SO ORDERED.

Dated: March 28, 2025
       New York, New York

                                                    LEWIS J. LIMAN
                                            United States District Judge