UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
    -v- :
: 23-cr-576 (LJL)
MIGUEL DIAZ, :
: MEMORANDUM AND
                  Defendant. : ORDER
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Defendant Miguel Diaz moves *pro se* for an order dismissing the indictment against him and vacating the judgment. Dkt. No. 138. Mr. Diaz is represented by counsel and, accordingly, the Court is not required to give his filing further consideration. Local Criminal Rule 49.2; *U.S. v. Hage*, 74 F.4th 90, 94 (2d Cir. 2023) (Nardini, J., in chambers) (where a defendant makes no claim of inadequate representation, "there is little reason to entertain pro se submissions"). In any event, Mr. Diaz pleaded guilty on November 7, 2024, judgment in this case was entered on April 11, 2025, Dkt. No. 129, and a notice of appeal was filed on April 25, 2025, Dkt. No. 135. Mr. Diaz's motion, which is dated April 30, 2025, and was filed on May 23, 2025, is untimely, *see* Fed. R. Cr. P. 29 (motions for judgment of acquittal must be filed within 14 days after a guilty verdict), and without merit.

    The Clerk of Court is respectfully directed to close the motion at Dkt. No. 138.

    SO ORDERED.

Dated: May 29, 2025
       New York, New York
                                          LEWIS J. LIMAN
                                          United States District Judge