```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
        -v-                                                    :
                                                               :      23-cr-576 (LJL)
MIGUEL DIAZ,                                                   :
                                                               :          ORDER
                               Defendant.                      :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2025

LEWIS J. LIMAN, United States District Judge:

On April 7, 2025, Defendant Miguel Diaz filed a notice of appeal challenging the judgment in this case. Dkt. No. 130. Since then, he has filed several motions in this Court seeking vacatur of his conviction and sentence. *See* Dkt. Nos. 147–48, 150–51. A notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). "That rule applies in criminal cases." *United States v. Ransom*, 866 F.2d 574, 576 (2d Cir. 1989); *accord United States v. Jacques*, 6 F.4th 337, 343–44 (2d Cir. 2021). Although the Second Circuit has "recognized that the rule does not preclude a district court, after notice of appeal has been filed, from 'correcting clerical errors under Fed. R. Crim. P. 36 or from acting to aid the appeal,' we have not relaxed the rule to the point of permitting substantive modifications of judgments." *Ransom*, 866 F.2d at 575–76 (cleaned up) (quoting *United States v. Katsougrakis*, 715 F.2d 769, 776 n.7 (2d Cir. 1983)). Because Diaz's appeal in the Second Circuit is pending, and because his motions in this Court seek substantive modifications of the judgment, this Court lacks jurisdiction over the motions.

The Clerk of Court is respectfully directed to close Dkt. Nos. 147–48 and 150–51.

SO ORDERED.

Dated: September 12, 2025
       New York, New York

                                        LEWIS J. LIMAN
                                United States District Judge